## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA J. STENGER,<br>    Plaintiff, | :<br>:   Civil Action No. 02-4158 |
| v. | : |
| ACTION DUPLICATION, INC.,<br>    Defendant. | :<br>: |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearances of Steven Kapustin and J. Bryan Tuk on behalf of the Defendant, Action Duplication, Inc., in the above captioned matter.

**FLAMM, BOROFF & BACINE, P.C.**

BY: _____
    Steven Kapustin
    Attorney for Defendant,
    Action Duplication, Inc.

BY: _____
    J. Bryan Tuk
    Attorney for Defendant,
    Action Duplication, Inc.

Date: September 5, 2002

130245 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA J. STENGER,  :
    Plaintiff,
: Civil Action No. 02-4158
  v.
:
ACTION DUPLICATION, INC.,
    Defendant. :

## CERTIFICATE OF SERVICE

    I, J. Bryan Tuk, do hereby certify that on this 5th day of September, 2002, I caused a true and correct copy of the foregoing *Entry of Appearance* to be served, via United States Mail, upon the following:

    James V. Fareri, Esq.
    Newman, Williams, Mishkin, Corveleyn, Wolfe & Fareri, PC
    712 Monroe Street
    Stroudsburg, PA 18360

    **FLAMM, BOROFF & BACINE, PC**
    925 Harvest Drive
    Blue Bell, PA 19422
    Telephone: 215 239 6026
    Facsimile: 215 239 6060

    BY: _____
        J. Bryan Tuk
        Attorney for Defendant

130245 v1